UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED

2006 JAN 12 P 3: 46

U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

UNITED STATES OF AMERICA )
)
)
v. ) No. 1:05-cr-70-002
) Judge Edgar
)
)
ALEJANDRO RIOS-CARRERA )

## ORDER

On the petition of the United States of America by James R. Dedrick, Acting United States Attorney for the Eastern District of Tennessee, it is hereby

ORDERED that the Clerk of this Court be and is hereby instructed to issue a writ of <u>habeas corpus ad prosequendum</u> to the Sheriff of Bradley County, Cleveland, Tennessee, requiring said Sheriff to have ALEJANDRO RIOS-CARRERA, before the United States Magistrate Judge, on January 12, 2006, at 2:00 p.m., for an initial appearance/arraignment in the above-captioned matter, and to have him here each day thereafter until said case is disposed of, and immediately thereafter to return him to the Sheriff of Bradley County, Cleveland, Tennessee, and it is further

ORDERED that in the event the Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy Marshal, or law enforcement officer, is directed to receive said ALEJANDRO RIOS-CARRERA, into his custody and transport him from his place of current incarceration to appear before this Court for the aforesaid purpose.

ENTER.

_____
WILLIAM B. MITCHELL CARTER
United States Magistrate